UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------

RONNIE DOUGLAS,

                Plaintiff,

   -v-                                     6:08-CV-747-DNH/GJD

STAMCO, et al.,

                Defendant.

------------------------------------

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on October 10, 2008, in Utica, New York, it is hereby

ORDERED that defendant Genesis Worldwide II, Inc.'s motion to dismiss is GRANTED and the complaint is DISMISSED as to defendant Genesis Worldwide II, Inc.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

                                                                                    United States District Judge

Dated: October 10, 2008
       Utica, New York.