# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:08-CV-0747 (DNH)

**RONNIE DOUGLAS**

- v -

**STAMCO, et al.**

[ ]  Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed as to defendant Genesis Worldwide II, Inc., in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed October 10, 2008.

October 10, 2008
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
**(BY)  DEPUTY CLERK**

Entered and served on October 10, 2008