UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RONNIE DOUGLAS, | STIPULATION OF DISCONTINUANCE |
| Plaintiff, | |
| v. | Civil Action No. 6:08-CV-00747-DNH-GJD |
| STAMCO, A DIVISION OF MONARCH MACHINE TOOL CO., MONARCH MACHINE TOOL, MONARCH MACHINE TOOL, INC., HERR-VOSS STAMCO and GENESIS WORLDWIDE II, INC., | *ORDER pg. 2.* |
| Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

(1)  That the above entitled action be, and the same hereby is, discontinued against named defendants Stamco, A Division of Monarch Machine Tool Co., Monarch Machine Tool, Monarch Machine Tool, Inc. and Herr-Voss Stamco, and answering defendant New Monarch Machine Tool, Inc. with prejudice, without costs to any party as against the other;

(2)  That the cross-claim of answering defendant New Monarch Machine Tool, Inc. be, and the same hereby is, discontinued against named defendants Herr-Voss Stamco and Genesis Worldwide II, Inc. with prejudice, without costs to any party as against the other; and

(3)  That this Stipulation may be filed without further notice with the Clerk of the Court.

DATED: January __, 2009

_____            _____
Anthony R. Martoccia, Esquire               Kathleen C. Sassani, Esquire
McMahon, Kublick & Smith, P.C.              Sassani, Schenck Law Firm
Attorneys for Ronnie Douglas                Attorneys for New Monarch Machine Tool, Inc.
500 S. Salina St.                           s/h/a Stamco, A Division of Monarch Machine

Syracuse, NY 13202
315-424-1105

_____
Kenneth M. Alweis, Esquire
Goldberg Segalla LLP
Attorneys for Genesis Worldwide II, Inc.
d/b/a Herr-Voss Stamco
5789 Widewaters Parkway
Syracuse, NY 13214
315-413-5400

Tool Co., Monarch Machine Tool, Monarch
Machine Tool, Inc.
Allegiance House
7767 Oswego Road
Liverpool, NY 13090
315-546-0068

SO ORDERED, this 12th day of March, 2009.

_____
U.S.M.J.